**Edward P. MANTURUCK, Plaintiff–Appellant,**

v.

**Richard M. MEEKS, Georgia State Trooper, Defendant–Appellee.**

No. 10–10193
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 14, 2010.

W. Douglas Adams, Brunswick, GA, for Plaintiff–Appellant.

Michelle J. Hirsch, Devon Orland, Assistant Attorney General, Attorney General's

---

**668**

Office, Atlanta, GA, for Defendant–Appellee.

Before CARNES, MARCUS and HILL, Circuit Judges.

PER CURIAM:

We have carefully reviewed the record and briefs. We conclude that the district court correctly dismissed the complaint.

The statements of conclusions without fact averments do not and did not meet the plausibility standard of *Randall v. Scott,* 610 F.3d 701 (11th Cir.2010).

Appellant did not and has not moved for permission to amend the complaint. No amendment was filed or proffered.

AFFIRMED.